USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1037

 KOMEZ & CHANTHA YIN HANSEN,

 Petitioners, Appellants,

 v.

 COMMISSIONER OF INTERNAL REVENUE,

 Respondent, Appellee.

 ON APPEAL FROM THE ORDER OF
 THE UNITED STATES TAX COURT
 
 [HON. MARY ANN COHEN, CHIEF JUDGE]
 

 Before
 
 Selya, Circuit Judge,
 Campbell, Senior Circuit Judge,
 and Lynch, Circuit Judge.
 
 

 Albert Newell on brief for appellants.
 Loretta C. Argrett, Assistant Attorney General, Tamara W.
Ashford and Teresa E. McLaughlin, Attorneys, Tax Division,
Department of Justice, on brief for appellee.
 
 
 
 July 1, 1998
 
 
 
 
 Per Curiam. Essentially for the reasons stated by
 the tax court in its order of dismissal for lack of
 jurisdiction, appellants' petition properly was dismissed as
 untimely under 26 U.S.C. 6213(a). We are not persuaded by
 appellants' argument that the 1994 notice of deficiency was
 rescinded.
 Affirmed. See 1st Cir. Loc. R. 27.1.